# SPENCE LAW OFFICE, P.C.
**55 LUMBER ROAD**
**SUITE 5**
**ROSLYN, NY 11576**
**TEL: 516-336-2060 FAX: 516-605-2084**

September 5, 2019

<u>Via ECF</u>

Honorable Sean H. Lane
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, New York 10004

                    Re:     305 East 61st Street Group, LLC
                            Chapter 11
                            Case No. 19-11911-shl

Dear Judge Lane:

      As the Court is aware, my firm is proposed counsel to the above Debtor. In furtherance of the hearing yesterday, the Debtor shared the proposed stipulation appointing an Interim Manager with the UST and Lender yesterday evening. The Debtor expects that it will be prepared to upload and docket the proposed Stipulation, by and between the Debtor and the participating members, by mid-day tomorrow.

      Thank you for the Court's time and consideration.

                                                Respectfully,

                                                */s/ Robert J. Spence*

                                                Robert J. Spence