UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re 305 East 61st Street Group, LLC

Debtor

Case No. 19-11911 SHL

Reporting Period: August 2019

Federal Tax I.D. # 81-1170172

**SINGLE ASSET REAL ESTATE COMPANIES**

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (RE) | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | | |
|    Copies of bank statements | | X | |
|    Cash disbursements journals | | | |
| Statement of Operations | MOR-2 (RE) | X | |
| Balance Sheet | MOR-3 (RE) | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (RE) | X | |
|    Copies of tax returns filed during reporting period | | N / A | |
| Rent Roll | MOR-5 (RE) | X | |
| Payments to Insiders and Professional | MOR-6 (RE) | X | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 (RE) | | |
| Cash Flow Projection | MOR-7 (RE) | | |
| Debtor Questionnaire | MOR-8 (RE) | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor

Signature of Authorized Individual*

Printed Name of Authorized Individual    Nat Wasserstein, Manager

Date - September 23, 2019

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the three bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | |
|---|---|---|---|---|
| | OPER | OPER / UTIL ACCOUNT | OTHER - Chase Account - Amount Estimated - No Access | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| **ACCOUNT NUMBER (LAST 4)** | | | | |
| **CASH BEGINNING OF MONTH** | 73,733.35 | 92,849.40 | 35,000.00 | 201,582.75 |
| **RECEIPTS** | | | | |
| CASH SALES | | | | - |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | | - |
| LOANS AND ADVANCES | | | | - |
| SALE OF ASSETS | | | | - |
| PAYROLL TAX RECOVERY | | | | - |
| TRANSFERS *(FROM DIP ACCTS)* | | | | - |
| **TOTAL RECEIPTS** | - | - | - | - |
| **DISBURSEMENTS** | | | | |
| NET PAYROLL | | | | - |
| PAYROLL TAXES | | | | - |
| SALES, USE, & OTHER TAXES | | | | - |
| INVENTORY PURCHASES | | | | - |
| REPAIRS / MAINTENANCE | 762.12 | | | 762.12 |
| INSURANCE | | 1,443.68 | | 1,443.68 |
| ADMINISTRATIVE | 58.91 | 58.91 | | 117.82 |
| BUILDING SECURITY | 19,000.00 | | | 19,000.00 |
| UTILITIES | 106.63 | 480.00 | | 586.63 |
| OWNER DRAW * | | | | - |
| TRANSFERS *(TO DIP ACCTS)* | | | | - |
| PROFESSIONAL FEES | | | | - |
| U.S. TRUSTEE QUARTERLY FEES | 325.00 | | | 325.00 |
| COURT COSTS | | | | - |
| **TOTAL DISBURSEMENTS** | 20,252.66 | 1,982.59 | - | 22,235.25 |
| | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS | (20,252.66) | (1,982.59) | - | (22,235.25) |
| | | | | |
| **CASH – END OF MONTH** | 53,480.69 | 90,866.81 | 35,000.00 | 179,347.50 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | 22,235.25 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 22,235.25 |

**In re** 305 East 61st Street Group, LLC      **Case No.** 19-11911 SHL
       **Debtor**            **Reporting Period:** August 2019

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted
for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating # | Tax # | Other # |
|---|---|---|---|
| **BALANCE PER BOOKS** | | | |
| **BANK BALANCE** | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | SEE ATTACHED BANKING REPORTS | | |
| OTHER *(ATTACH EXPLANATION)* | | | |
| **ADJUSTED BANK BALANCE \*** | | | |

\*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Date | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| **CHECKS OUTSTANDING** | Ck. # | Ck. # | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**OTHER**

_____

_____

_____

_____

## STATEMENT OF OPERATIONS (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| INCOME | MONTH | CUMULATIVE -FILING TO DATE |
|---|---|---|
| Rental Income | | - |
| Additional Rental Income | | - |
| Common Area Maintenance Reimbursement | | - |
| Total Income (attach MOR-5 (RE) Rent Roll) | - | - |
| **OPERATING EXPENSES** | | |
| Advertising | | - |
| Auto and Truck Expense | | - |
| Cleaning and Maintenance | | - |
| Commissions | | - |
| Officer/Insider Compensation* | | - |
| Insurance | 1,443.68 | 98,570.02 |
| Management Fees/Bonuses | | - |
| Office Expense | | - |
| Other Interest | | - |
| Repairs | 762.12 | 762.12 |
| Supplies | | - |
| Taxes - Real Estate | | - |
| Travel and Entertainment | | - |
| Utilities | 586.63 | 788.94 |
| Other (attach schedule) | 19,117.82 | 39,133.41 |
| Total Operating Expenses Before Depreciation | 21,910.25 | 139,254.49 |
| Depreciation/Depletion/Amortization | | - |
| Net Profit (Loss) Before Other Income & Expenses | (21,910.25) | (139,254.49) |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | - |
| Interest Expense | | - |
| Other Expense (attach schedule) | - | - |
| Net Profit (Loss) Before Reorganization Items | (21,910.25) | (139,254.49) |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | - |
| U. S. Trustee Quarterly Fees | 325.00 | 325.00 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | - |
| Gain (Loss) from Sale of Property | | - |
| Other Reorganization Expenses (attach schedule) | - | - |
| Total Reorganization Expenses | 325.00 | 325.00 |
| Income Taxes | - | - |
| Net Profit (Loss) | (22,235.25) | (139,579.49) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

## BREAKDOWN OF "OTHER" CATEGORY

OTHER OPERATIONAL EXPENSES

| | | |
|---|---|---|
| BUILDING SECURITY | 19,000.00 | 41,000.00 |
| PAYROLL AND RELATED TAXES | | (32.40) |
| ADMINISTRATIVE COSTS / RECOVERY | 117.82 | (1,834.19) |
| | | - |
| | | - |

OTHER INCOME

| | | |
|---|---|---|
| | | - |
| | | - |
| | | - |

OTHER EXPENSES

| | | |
|---|---|---|
| | | - |
| | | - |
| | | - |

OTHER REORGANIZATION EXPENSES

| | | |
|---|---|---|
| | | - |
| | | - |
| | | - |
| | | - |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**

Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

| Debtor | Reporting Period: August 2019 |
|---|---|

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| *CURRENT ASSETS* | | | |
| Unrestricted Cash and Equivalents | 179,347.50 | 315862.53 | 318,926.99 |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | | | |
| Accounts Receivable (Net) | | | |
| Notes Receivable | INSUFFICIENT INFORMATION IS AVAILABLE WITH WHICH TO | | |
| Prepaid Expenses | COMPLETE A BALANCE SHEET AT THIS TIME. | | |
| Professional Retainers | | | |
| Other Current Assets *(attach schedule)* | | | |
| *TOTAL CURRENT ASSETS* | | | |
| *PROPERTY & EQUIPMENT* | | | |
| Real Property and Improvements | | | |
| Machinery and Equipment | | | |
| Furniture, Fixtures and Office Equipment | | | |
| Leasehold Improvements | | | |
| Vehicles | | | |
| Less: Accumulated Depreciation | | | |
| *TOTAL PROPERTY & EQUIPMENT* | | | |
| *OTHER ASSETS* | | | |
| Amounts due from Insiders* | | | |
| Other Assets *(attach schedule)* | | | |
| *TOTAL OTHER ASSETS* | | | |
| *TOTAL ASSETS* | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | | |
| Accounts Payable | | | |
| Taxes Payable *(refer to FORM MOR-4)* | | | |
| Notes Payable | | | |
| Rent / Leases - Building/Equipment | | | |
| Secured Debt / Adequate Protection Payments | | | |
| Professional Fees | | | |
| Amounts Due to Insiders* | | | |
| Other Post-petition Liabilities *(attach schedule)* | | | |
| *TOTAL POST-PETITION LIABILITIES* | | | |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | | |
| Secured Debt | INSUFFICIENT INFORMATION IS AVAILABLE WITH WHICH TO | | |
| Priority Debt | COMPLETE A BALANCE SHEET AT THIS TIME. | | |
| Unsecured Debt | | | |
| *TOTAL PRE-PETITION LIABILITIES* | | | |
| *TOTAL LIABILITIES* | | | |
| *OWNERS' EQUITY* | | | |
| Owner's Equity Account | | | |
| Retained Earnings - Pre-Petition | | | |
| Retained Earnings - Post-petition | | | |
| Adjustments to Owner Equity *(attach schedule)* | | | |
| Post-petition Contributions *(attach schedule)* | | | |
| *NET OWNERS' EQUITY* | | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | | | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re 305 East 61st Street Group, LLC      Case No. 19-11911 SHL

**Debtor**      Reporting Period: August 2019

**BALANCE SHEET - continuation section**

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Current Assets | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Other Assets | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Post-petition Liabilities | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Adjustments to Owner's Equity | | | |
| | | | |
| | | | |
| Post-Petition Contributions | | | |
| | | | |
| | | | |
| | | | |

Restricted Cash:   Cash that is restricted for a specific use and not available to fund operations.
Typically, restricted cash is segregated into a separate account, such as an escrow account.

## SUMMARY OF UNPAID POST-PETITION DEBTS

**Number of Days Past Due**

|  | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Mortgage |  |  |  |  |  |  |
| Rent |  |  |  |  |  |  |
| Secured Debt/Adequate Protection Payments |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Real Estate Taxes |  |  |  |  |  |  |
| Other Post-Petition debt *(list creditor)* |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| **Total Post-petition Debts** |  |  |  |  |  |  |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

_____

_____

_____

_____

_____

Case No. 19-11911 SHL
Reporting Period: August 2019

# RENT ROLL

A rent roll must be included for each property.  The debtor's rent roll may be substituted for this page.  Attach additional sheets as needed.

**Property:** _____
**Square Footage:** _____

| Tenant | Unit # | Office Area | Warehouse Area | Total Sq. Ft. | % of Bldg. | Lease Type | Lease Term | Lease Start | Lease End | Monthly Rent | Annual Rent | Common Area Maint. |
|--------|--------|-------------|----------------|---------------|------------|------------|------------|-------------|-----------|--------------|-------------|--------------------|
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  | NONE |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  | Totals | 0 | 0 | 0 |

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| | | | |
| | | | |
| NONE | | | N / A |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | | - | - |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| | | | | | |
| | | | | | |
| NONE | | - | - | - | - |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | - | - | - | - |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

## CASH FLOW PROJECTION FOR THE PERIOD _____ THROUGH _____

A cash flow projection must be included for each property.  The debtor's cash flow projection may be substituted for this page.  Attach additional sheets as needed.
This projection needs to be completed at the beginning of the case, every year, or when there are significant changes (i.e. tenant change, rent change, etc.)

**Property:** 305 East 61st St, New York, NY

**Square Footage:** _____

| | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | | | | | | |
| Rental Income | | | | | | | | | | | | |
| Additional Rental Income | | | | | | | | | | | | |
| Common Area Maintenance Reimbursement | | | | | | | | | | | | |
| Total Income | | | | | | | | | | | | |
| **OPERATING EXPENSES** | | | | | | | | | | | | |
| Advertising | | | | | | | | | | | | |
| Auto and Truck Expense | | | | | | | | | | | | |
| Cleaning and Maintenance | | | | | | | | | | | | |
| Commissions | | | | | | | | | | | | |
| Officer/Insider Compensation* | | | | | | | | | | | | |
| Insurance | | | | | | | | | | | | |
| Management Fees/Bonuses | | | | N / A | | | | | | | | |
| Office Expense | | | | | | | | | | | | |
| Other Interest | | | | | | | | | | | | |
| Repairs | | | | | | | | | | | | |
| Supplies | | | | | | | | | | | | |
| Taxes - Real Estate | | | | | | | | | | | | |
| Travel and Entertainment | | | | | | | | | | | | |
| Utilities | | | | | | | | | | | | |
| Other (attach schedule) | | | | | | | | | | | | |
| Total Expenses | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Debt Service | | | | | | | | | | | | |
| Professional Fees | | | | | | | | | | | | |
| U.S. Trustee Fees | | | | | | | | | | | | |
| Court Costs | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Net Income | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Tenant Improvements | | | | | | | | | | | | |
| Vacancy Allowance | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Net Cash Flow | | | | | | | | | | | | |

# DEBTOR QUESTIONNAIRE

| Must be completed each month.  If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 3 Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 4 Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 5 Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 6 Have any payments been made on pre-petition liabilities this reporting period? | | **X** |
| 7 Are any post petition receivables (accounts, notes or loans) due from related parties? | X | |
| 8 Are any post petition State or Federal income taxes past due? | | X |
| 9 Are any post petition real estate taxes past due? | | X |
| 10 Are any other post petition taxes past due? | | **X** |
| 11 Have any pre-petition taxes been paid during this reporting period? | | X |
| 12 Are any amounts owed to post petition creditors delinquent? | | X |
| 13 Have any post petition loans been been received by the Debtor from any party? | | X |
| 14 Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 15 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 16 Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

7 Rents from Little Hearts Marks Family II, LP and contributions from members are due for June through August 2019.

# TD Bank

**America's Most Convenient Bank®**

E      STATEMENT OF ACCOUNT

305 EAST 61ST STREET GROUP LLC
DIP CASE 19-11911 SDNY
OPERATING ACCOUNT
445 PARK AVE 9TH FLOOR
NEW YORK NY  12210

## Chapter 11 Checking

305 EAST 61ST STREET GROUP LLC
DIP CASE 19-11911 SDNY
OPERATING ACCOUNT

Account 

### TD now accepts Real Time Payments!

We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more.

## ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 73,733.35 | Average Collected Balance | 63,362.29 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 757.72 | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 26.25 | Annual Percentage Yield Earned | 0.00% |
| Other Withdrawals | 19,468.69 | Days in Period | 31 |
| Ending Balance | 53,480.69 | | |

## DAILY ACCOUNT ACTIVITY

### Checks Paid       No. Checks: 4      *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 08/02 | 1 | 32.66 | 08/14 | 99 | 325.00 |
| 08/05 | 98* | 19.00 | 08/21 | 100 | 381.06 |
| | | | | Subtotal: | 757.72 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/16 | ACH DEBIT, HARLAND CLARKE CHK ORDERS 1K2W144903741F6 | 26.25 |
| | Subtotal: | 26.25 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/16 | DEBIT | 18,981.00 |
| 08/20 | DEBIT | 487.69 |
| | Subtotal: | 19,468.69 |


**Bank**

America's Most Convenient Bank®

305 EAST 61ST STREET GROUP LLC
DIP CASE 19-11911 SDNY
OPERATING ACCOUNT

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| 07/31 | 73,733.35 | 08/16 | 54,349.44 |
| 08/02 | 73,700.69 | 08/20 | 53,861.75 |
| 08/05 | 73,681.69 | 08/21 | 53,480.69 |
| 08/14 | 73,356.69 | | |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®

305 EAST 61ST STREET GROUP LLC
DIP CASE 19-11911 SDNY
OPERATING ACCOUNT





#1     08/02     $32.66

---

**Check #98**

Aug. 2, 2019    0098

Pay to the Order of: MG Security Services    $ 19,000.—
Nineteen and 00/100    Dollars

**TD Bank**
America's Most Convenient Bank®

For: Aug 2019 305 E 61 CL    Kathy M Montag

#98     08/05     $19.00

---

**Check #99**

8/8/2019    0099

Pay to the Order of: United States Trustee    $ 325.00
Three hundred twenty five and 00/100    Dollars

**TD Bank**
America's Most Convenient Bank®

Debtor - 305 E 61st St Group LLC
For: Case # 081-19-11911    Kathy M Montag

#99     08/??     $325.00

---

**Check #100**

Aug. 12, 2019    0100

Pay to the Order of: Superior Elevator Tech    $ 381.06
Three hundred eighty one and 06/100    Dollars

**TD Bank**
America's Most Convenient Bank®

For: Inv. 17329    Kathy M Montag

#100     08/21     $381.06

# TD Bank

**America's Most Convenient Bank®**

305 EAST 61ST STREET GROUP LLC
DIP CASE 19-11911 SDNY
UTILITIES
445 PARK AVE9TH FLOOR
NEW YORK NY 10022

## Chapter 11 Checking

305 EAST 61ST STREET GROUP LLC
DIP CASE 19-11911 SDNY
UTILITIES

Account 

### TD now accepts Real Time Payments!

We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more.

## ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 92,849.40 | Average Collected Balance | 91,578.88 |
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 32.66 | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 1,949.93 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 90,866.81 | Days in Period | 31 |

## DAILY ACCOUNT ACTIVITY

### Checks Paid    No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 08/02 | 1 | 32.66 |
| | Subtotal: | 32.66 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/07 | ACH DEBIT, CON ED OF NY INTELL CK 421105072510017 | 240.00 |
| 08/07 | ACH DEBIT, CON ED OF NY INTELL CK 499028999933038 | 240.00 |
| 08/14 | CCD DEBIT, NYSINSFNDWRKCMP 1190000757 555839700 | 1,443.68 |
| 08/16 | ACH DEBIT, HARLAND CLARKE CHK ORDERS 1K2W090903741L4 | 26.25 |
| | Subtotal: | 1,949.93 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/31 | 92,849.40 | 08/14 | 90,893.06 |
| 08/02 | 92,816.74 | 08/16 | 90,866.81 |
| 08/07 | 92,336.74 | | |


**America's Most Convenient Bank®**

305 EAST 61ST STREET GROUP LLC
DIP CASE 19-11911 SDNY
UTILITIES

305 EAST 61ST STREET GROUP, LLC -RTU
C/O CARTER MANAGEMENT CORP
445 PARK AVE 9TH FL
New York, NY 10022-6606

VV001

Date 07/31/2019

PAY TO THE
ORDER OF | Deluxe Corporation

$32.66

Thirty-two and 66/100                                      Dollars

TD Bank NA

Memo Payment for order #345409

*Kate Montague*

#000000#

#1          08/02          $32.66