# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
### (MANHATTAN)

In re: 305 East 61st Street Group, LLC  §  Case No. 19-11911
§
§
Debtor(s)  §  ☐ Jointly Administered

## Post-confirmation Report

Chapter 11

Quarter Ending Date: 06/30/2022    Petition Date: 06/10/2019

Plan Confirmed Date: 08/21/2020    Plan Effective Date: 09/10/2020

This Post-confirmation Report relates to:  ○ Reorganized Debtor
    ● Other Authorized Party or Entity: Kenneth P. Silverman, Esq.
    Name of Authorized Party or Entity

/s Kenneth P. Silverman    Kenneth P. Silverman, Esq., Creditors Trust Trustee
Signature of Responsible Party    Printed Name of Responsible Party

07/11/2022    c/o SilvermanAcampora LLP
Date    100 Jericho Quadrangle, Suite 300
    Jericho, NY 11753
    Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-PCR (12/01/2021)    1

Debtor's Name 305 East 61st Street Group, LLC    Case No. 19-11911

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $16,993 | $1,935,985 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $16,993 | $1,935,985 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

UST Form 11-PCR (12/01/2021)    2

Debtor's Name 305 East 61st Street Group, LLC                              Case No. 19-11911

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

Debtor's Name **305 East 61st Street Group, LLC**    Case No. **19-11911**

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor    *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |

UST Form 11-PCR (12/01/2021)                    4

Debtor's Name 305 East 61st Street Group, LLC                                          Case No. 19-11911

| | | | | | | |
|---|---|---|---|---|---|---|
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |

Debtor's Name 305 East 61st Street Group, LLC                                      Case No. 19-11911

| | | | | | | |
|---|---|---|---|---|---|---|
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxviii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |

Debtor's Name 305 East 61st Street Group, LLC                                        Case No. 19-11911

| | | | | | | |
|---|---|---|---|---|---|---|
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $0 | $397,757 | $397,757 | 100% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $0 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?                                                                                                    Yes ○   No ●

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated: _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?       Yes ●   No ○

UST Form 11-PCR (12/01/2021)                                           7

Debtor's Name **305 East 61st Street Group, LLC**                                                                Case No. **19-11911**

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| | |
|---|---|
| s/ Kenneth P. Silverman | Kenneth P. Silverman, Esq. |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Creditors Trust Trustee | 07/11/2022 |
| Title | Date |

UST Form 11-PCR (12/01/2021)                                                     8

Debtor's Name 305 East 61st Street Group, LLC    Case No. 19-11911


Page 1


Other Page 1


Page 2 Minus Tables


Bankruptcy Table 1-50

Debtor's Name 305 East 61st Street Group, LLC               Case No. 19-11911

Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021)                    10



P.O. Box 911039
San Diego, CA 92191
844-889-0896

**Statement Period**
04/01/2022 thru 05/01/2022

**Account #**
0652

**Days In Statement Period**
31

305 EAST 61ST STREET GROUP LLC, DEBTOR
KENNETH SILVERMAN, TRUSTEE
CASE # 19-11911
100 JERICHO QUADRANGLE
SUITE 300
JERICHO NY 11753

## Statement Summary

| Deposit Accounts | Beginning Balance | Credits | Debits | Ending Balance |
|---|---|---|---|---|
| Trustee Checking | $0.00 | $0.00 | $0.00 | $0.00 |
| DEPOSIT TOTALS | $0.00 | $0.00 | $0.00 | $0.00 |

### Trustee Checking — 0652

| | |
|---|---|
| Beginning Balance | $0.00 |
| Ending Balance | $0.00 |

### Interest Earned

| | | | |
|---|---|---|---|
| Interest Earned this Month | $0.00 | Annual Percentage Yield Earned | 0.00% |
| Average Daily Ledger | $0.00 | Average Daily Collected | $0.00 |

*The interest posted on this statement reflects interest earned during the prior statement cycle. This is the process for interest posting for all statement cycles moving forward. This applies to Rewards Checking Accounts only.

### Fees

| | Total For This Period | Total Year-to-Date | | |
|---|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | Maintenance Fee | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | Service Charge | $0.00 |



P.O. Box 911039
San Diego, CA 92191
844-889-0896

**Statement Period**
04/01/2022 thru 05/01/2022

**Account #**
0645

**Days In Statement Period**
31

305 EAST 61ST STREET GROUP LLC, DEBTOR
KENNETH SILVERMAN, TRUSTEE
CASE # 19-11911
100 JERICHO QUADRANGLE
SUITE 300
JERICHO NY 11753

## Statement Summary

| Deposit Accounts | Beginning Balance | Credits | Debits | Ending Balance |
|---|---|---|---|---|
| **Trustee Checking** | $0.00 | $0.00 | $0.00 | $0.00 |
| **DEPOSIT TOTALS** | $0.00 | $0.00 | $0.00 | $0.00 |

### Trustee Checking 0645

| | |
|---|---|
| Beginning Balance | $0.00 |
| Ending Balance | $0.00 |

### Interest Earned

| | | | |
|---|---|---|---|
| Interest Earned this Month | $0.00 | Annual Percentage Yield Earned | 0.00% |
| Average Daily Ledger | $0.00 | Average Daily Collected | $0.00 |

*The interest posted on this statement reflects interest earned during the prior statement cycle. This is the process for interest posting for all statement cycles moving forward. This applies to Rewards Checking Accounts only.

### Fees

| | Total For This Period | Total Year-to-Date | | |
|---|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | Maintenance Fee | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | Service Charge | $0.00 |

Page 1 of 2



P.O. Box 911039
San Diego, CA 92191
844-889-0896

**Statement Period**
04/01/2022 thru 05/01/2022

**Account #**
0173

**Days In Statement Period**
31

305 EAST 61ST STREET GROUP LLC, DEBTOR
KENNETH SILVERMAN, TRUSTEE
CASE # 19-11911
100 JERICHO QUADRANGLE
SUITE 300
JERICHO NY 11753

## Statement Summary

| Deposit Accounts | Beginning Balance | Credits | Debits | Ending Balance |
|---|---|---|---|---|
| Trustee Checking | $2,134,225.18 | $0.00 | $49,188.70 | $2,085,036.48 |
| DEPOSIT TOTALS | $2,134,225.18 | $0.00 | $49,188.70 | $2,085,036.48 |

## Trustee Checking 0173

| | |
|---|---|
| Beginning Balance | $2,134,225.18 |
| Ending Balance | $2,085,036.48 |

### CHECKS CLEARED

| Check # | Amount | Date | Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 10034 | 5,372.50 | 04/21 | 10035 | 43,424.50 | 04/21 | 10036 | 391.70 | 04/21 |

*Indicates Skip In Check Number Sequence

### Interest Earned

| | | | |
|---|---|---|---|
| Interest Earned this Month | $0.00 | Annual Percentage Yield Earned | 0.00% |
| Average Daily Ledger | $2,116,771.12 | Average Daily Collected | $2,116,771.12 |

*The interest posted on this statement reflects interest earned during the prior statement cycle. This is the process for interest posting for all statement cycles moving forward. This applies to Rewards Checking Accounts only.

### Fees

| | Total For This Period | Total Year-to-Date | | |
|---|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | Maintenance Fee | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | Service Charge | $0.00 |



P.O. Box 911039
San Diego, CA 92191
844-889-0896

Statement Period
05/02/2022 thru 05/31/2022

Account #
0660

Days In Statement Period
30

305 EAST 61ST STREET GROUP LLC, DEBTOR
KENNETH SILVERMAN, TRUSTEE
CASE # 19-11911
100 JERICHO QUADRANGLE
SUITE 300
JERICHO NY 11753

## Statement Summary

| Deposit Accounts | Beginning Balance | Credits | Debits | Ending Balance |
|---|---|---|---|---|
| Trustee Checking | $0.00 | $0.00 | $0.00 | $0.00 |
| DEPOSIT TOTALS | $0.00 | $0.00 | $0.00 | $0.00 |

### Trustee Checking - ....660

| | |
|---|---|
| Beginning Balance | $0.00 |
| Ending Balance | $0.00 |

### Interest Earned

| | | | | |
|---|---|---|---|---|
| Interest Earned this Month | $0.00 | Annual Percentage Yield Earned | 0.00% |
| Average Daily Ledger | $0.00 | Average Daily Collected | $0.00 |

*The interest posted on this statement reflects interest earned during the prior statement cycle. This is the process for interest posting for all statement cycles moving forward. This applies to Rewards Checking Accounts only.

### Fees

| | Total For This Period | Total Year-to-Date | | |
|---|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | Maintenance Fee | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | Service Charge | $0.00 |

Page 1 of 2



P.O. Box 911039
San Diego, CA 92191
844-889-0896

**Statement Period**
05/02/2022 thru 05/31/2022

**Account #**
652

**Days In Statement Period**
30

305 EAST 61ST STREET GROUP LLC, DEBTOR
KENNETH SILVERMAN, TRUSTEE
CASE # 19-11911
100 JERICHO QUADRANGLE
SUITE 300
JERICHO NY 11753

## Statement Summary

| Deposit Accounts | Beginning Balance | Credits | Debits | Ending Balance |
|---|---|---|---|---|
| Trustee Checking | $0.00 | $0.00 | $0.00 | $0.00 |
| DEPOSIT TOTALS | $0.00 | $0.00 | $0.00 | $0.00 |

### Trustee Checking - 652

| | |
|---|---|
| Beginning Balance | $0.00 |
| Ending Balance | $0.00 |

### Interest Earned

| | | | | |
|---|---|---|---|---|
| Interest Earned this Month | $0.00 | Annual Percentage Yield Earned | 0.00% |
| Average Daily Ledger | $0.00 | Average Daily Collected | $0.00 |

*The interest posted on this statement reflects interest earned during the prior statement cycle. This is the process for interest posting for all statement cycles moving forward. This applies to Rewards Checking Accounts only.

### Fees

| | Total For This Period | Total Year-to-Date | | | |
|---|---|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | Maintenance Fee | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | Service Charge | $0.00 |

Page 1 of 2



| | Statement Period | Account # |
|---|---|---|
| | 05/02/2022 thru 05/31/2022 | 0645 |

P.O. Box 911039
San Diego, CA 92191
844-889-0896

| Days In Statement Period |
|---|
| 30 |

305 EAST 61ST STREET GROUP LLC, DEBTOR
KENNETH SILVERMAN, TRUSTEE
CASE # 19-11911
100 JERICHO QUADRANGLE
SUITE 300
JERICHO NY 11753

## Statement Summary

| Deposit Accounts | Beginning Balance | Credits | Debits | Ending Balance |
|---|---|---|---|---|
| **Trustee Checking** | $0.00 | $0.00 | $0.00 | $0.00 |
| **DEPOSIT TOTALS** | $0.00 | $0.00 | $0.00 | $0.00 |

### Trustee Checking - .0645

| | |
|---|---|
| Beginning Balance | $0.00 |
| Ending Balance | $0.00 |

### Interest Earned

| | | | |
|---|---|---|---|
| Interest Earned this Month | $0.00 | Annual Percentage Yield Earned | 0.00% |
| Average Daily Ledger | $0.00 | Average Daily Collected | $0.00 |

*The interest posted on this statement reflects interest earned during the prior statement cycle. This is the process for interest posting for all statement cycles moving forward. This applies to Rewards Checking Accounts only.

### Fees

| | Total For This Period | Total Year-to-Date | | |
|---|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | Maintenance Fee | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | Service Charge | $0.00 |

Page 1 of 2



P.O. Box 911039
San Diego, CA 92191
844-889-0896

**Statement Period**
05/02/2022 thru 05/31/2022

**Account #**
173

**Days In Statement Period**
30

305 EAST 61ST STREET GROUP LLC, DEBTOR
KENNETH SILVERMAN, TRUSTEE
CASE # 19-11911
100 JERICHO QUADRANGLE
SUITE 300
JERICHO NY 11753

## Statement Summary

| Deposit Accounts | Beginning Balance | Credits | Debits | Ending Balance |
|---|---|---|---|---|
| Trustee Checking | $2,085,036.48 | $0.00 | $0.00 | $2,085,036.48 |
| DEPOSIT TOTALS | $2,085,036.48 | $0.00 | $0.00 | $2,085,036.48 |

### Trustee Checking 0173

| | |
|---|---|
| Beginning Balance | $2,085,036.48 |
| Ending Balance | $2,085,036.48 |

### Interest Earned

| | | | | |
|---|---|---|---|---|
| Interest Earned this Month | $0.00 | Annual Percentage Yield Earned | 0.00% |
| Average Daily Ledger | $2,085,036.48 | Average Daily Collected | $2,085,036.48 |

*The interest posted on this statement reflects interest earned during the prior statement cycle. This is the process for interest posting for all statement cycles moving forward. This applies to Rewards Checking Accounts only.

### Fees

| | Total For This Period | Total Year-to-Date | | |
|---|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | Maintenance Fee | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | Service Charge | $0.00 |



P.O. Box 911039
San Diego, CA 92191
844-889-0896

| Statement Period | Account # |
|---|---|
| 06/01/2022 thru 06/30/2022 | 0660 |

| Days In Statement Period |
|---|
| 30 |

305 EAST 61ST STREET GROUP LLC, DEBTOR
KENNETH SILVERMAN, TRUSTEE
CASE # 19-11911
100 JERICHO QUADRANGLE
SUITE 300
JERICHO NY 11753

## Statement Summary

| Deposit Accounts | Beginning Balance | Credits | Debits | Ending Balance |
|---|---|---|---|---|
| **Trustee Checking** | $0.00 | $0.00 | $0.00 | $0.00 |
| **DEPOSIT TOTALS** | $0.00 | $0.00 | $0.00 | $0.00 |

### Trustee Checking - 660

| | |
|---|---|
| Beginning Balance | $0.00 |
| Ending Balance | $0.00 |

### Interest Earned

| | | | |
|---|---|---|---|
| Interest Earned this Month | $0.00 | Annual Percentage Yield Earned | 0.00% |
| Average Daily Ledger | $0.00 | Average Daily Collected | $0.00 |

*The interest posted on this statement reflects interest earned during the prior statement cycle. This is the process for interest posting for all statement cycles moving forward. This applies to Rewards Checking Accounts only.

### Fees

| | Total For This Period | Total Year-to-Date | | |
|---|---|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 | Maintenance Fee | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 | Service Charge | $0.00 |

Page 1 of 2



P.O. Box 911039
San Diego, CA 92191
844-889-0896

| Statement Period | Account # |
|---|---|
| 06/01/2022 thru 06/30/2022 | 645 |

| Days In Statement Period |
|---|
| 30 |

305 EAST 61ST STREET GROUP LLC, DEBTOR
KENNETH SILVERMAN, TRUSTEE
CASE # 19-11911
100 JERICHO QUADRANGLE
SUITE 300
JERICHO NY 11753

## Statement Summary

| Deposit Accounts | Beginning Balance | Credits | Debits | Ending Balance |
|---|---|---|---|---|
| **Trustee Checking** | $0.00 | $0.00 | $0.00 | $0.00 |
| **DEPOSIT TOTALS** | $0.00 | $0.00 | $0.00 | $0.00 |

### Trustee Checking -7910?0000?645

| | |
|---|---|
| Beginning Balance | $0.00 |
| Ending Balance | $0.00 |

### Interest Earned

| | | | |
|---|---|---|---|
| Interest Earned this Month | $0.00 | Annual Percentage Yield Earned | 0.00% |
| Average Daily Ledger | $0.00 | Average Daily Collected | $0.00 |

*The interest posted on this statement reflects interest earned during the prior statement cycle. This is the process for interest posting for all statement cycles moving forward. This applies to Rewards Checking Accounts only.

### Fees

| | Total For This Period | Total Year-to-Date | | |
|---|---|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 | Maintenance Fee | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 | Service Charge | $0.00 |

Page 1 of 2



P.O. Box 911039
San Diego, CA 92191
844-889-0896

| Statement Period | Account # |
|---|---|
| 06/01/2022 thru 06/30/2022 | 173 |
| Days In Statement Period | |
| 30 | |

305 EAST 61ST STREET GROUP LLC, DEBTOR
KENNETH SILVERMAN, TRUSTEE
CASE # 19-11911
100 JERICHO QUADRANGLE
SUITE 300
JERICHO NY 11753

## Statement Summary

| Deposit Accounts | Beginning Balance | Credits | Debits | Ending Balance |
|---|---|---|---|---|
| Trustee Checking | $2,085,036.48 | $0.00 | $16,993.00 | $2,068,043.48 |
| DEPOSIT TOTALS | $2,085,036.48 | $0.00 | $16,993.00 | $2,068,043.48 |

### Trustee Checking - 173

| | |
|---|---|
| Beginning Balance | $2,085,036.48 |
| Ending Balance | $2,068,043.48 |

#### CHECKS CLEARED

| Check # | Amount | Date | Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 10037 | 16,993.00 | 06/16 | | | | | | |

*Indicates Skip In Check Number Sequence

### Interest Earned

| Interest Earned this Month | $0.00 | Annual Percentage Yield Earned | 0.00% |
|---|---|---|---|
| Average Daily Ledger | $2,076,539.98 | Average Daily Collected | $2,076,539.98 |

*The interest posted on this statement reflects interest earned during the prior statement cycle. This is the process for interest posting for all statement cycles moving forward. This applies to Rewards Checking Accounts only.

### Fees

| | Total For This Period | Total Year-to-Date | | |
|---|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | Maintenance Fee | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | Service Charge | $0.00 |